Entered: November 17th, 2023
Signed: November 16th, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| ERIC MUSSEHL | * | Case No.: 22-17031-DER |
| | * | Chapter 13 |
| Debtor(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| STATE EMPLOYEE CREDIT UNION | * |
| 971 Corporate Blvd. | * |
| Linthicum, MD 21090 | * |
| Movant | * |
| v. | * |
| ERIC MUSSEHL | * |
| 310 Abbleby School Road | * |
| Cambridge, MD 21613 | * |
| | * |
| and | * |
| | * |
| BRIAN TUCCI | * |
| P.O. Box 1110 | * |
| Millersville, MD 21108 | * |
| Respondent(s) | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by State Employees Credit Union the Movant, with regards to the vehicle subject to its perfected purchase money security interest, namely 2014 Dodge Ram, VIN Serial Number 1C6RR6STXES328665; and Movant and the Respondent, Eric Mussehl, having agreed to the terms of

this Consent Order; it is by the United States Bankruptcy Court for the District of Maryland,

ORDER, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above described vehicle; and it is further

ORDERED, the Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent, and it is further

ORDERED, that Movant shall not exercise and enforce its state law and contractual rights and remedies with regard to the vehicle if the Debtor does the following:

    a)    The Debtor shall cure the post petition arrearage of $3,707.02, which amount is for post-petition monthly payments from March 22, 2023, through October 22, 2023, legal fees and costs of $788.00, by making the following payments which include fees and costs:

| Date | Amount |
|---|---|
| November 15, 2023 | $ 617.87 |
| December 15, 2023 | $ 617.83 |
| January 15, 2023 | $ 617.83 |
| February 15, 2023 | $ 617.83 |
| March 15, 2023 | $ 617.83 |
| April 15, 2023 | $ 617.83 |

    b)    In addition to curing the arrearage, the Debtor shall resume making regular monthly post petition payments due under the note beginning with the payment due November 22, 2023, until such time as his plan is confirmed, at which time the Chapter 13 Trustee will begin distributions according to the Chapter 13 Plan;

c) Maintains a policy of comprehensive physical damages property insurance on the aforesaid vehicle which protects Movant's interest therein and provides Movant with proof of insurance on the same by November 22, 2023, and within ten days of any subsequent request thereof.

AND IT IS FURTHER ORDERED, that if the Respondent fails to make any of the payments described above in full and on time, or fails to provide Movant with proof of insurance or maintain such insurance, then Movant may exercise and enforce its state law and contractual rights and remedies with regard to the vehicle without further proceedings in this Court after filing a notice of any such default and servicing the same on Debtor and the Debtor's counsel, giving the Debtor ten days from the date of such notice to cure such default (limited to one such default).

AND IT IS FURTHER ORDERED, that if the Respondent's Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately repossess the vehicle, without further proceedings in this Court, unless all pre-petition defaults and post-petition defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, the Respondent having waived the application of F.R. Bankr. P 4001(a)(3), this Order shall be enforceable on the date of entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay.

_____  
Alexander Sanchez, Esquire  
Sanchez Garrison & Associates, LLP  
575 S. Charles Street, Suite 404  
Baltimore, MD 21201  
Attorney for Debtor

_____  
Candy L. Thompson, #02410  
201 N. Charles Street  
Suite 804  
Baltimore, MD 21201  
Attorney for Movant

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the

/s/_____ on this copy reference the signatures of consenting parties on the original consent order.

            _/s/ Candy L. Thompson_____
            Candy L. Thompson, Esquire

cc:

U.S. Trustee Office
101 West Lombard Street
Baltimore, MD 21201
Gerard.R.Vetter@usdoj.gov

Alexander Sanchez, Esquire
Sanchez Garrison & Associates, LLP
575 S. Charles Street, Suite 404
Baltimore, MD 21201
sanchez@sanchezgarrison.com
Attorney for Debtor

Brian Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108
inquiries@ch13balt.com

Eric Mussehl
310 Abbleby School Road
Cambridge, MD 21613
Respondent

Candy L. Thompson, Esquire
201 N. Charles Street, Suite 804
Baltimore, MD 21201
cthompson@candythompsonlaw.com
Attorney for Movant

      END OF ORDER