Entered: January 19th, 2024
Signed: January 19th, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| ERIC MUSSEHL | * | Case No. 22-17031-DER |
| | * | |
| | * | (Chapter 13) |
| Debtor | * | |
| | * | |

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtor filed December 8, 2023 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 17th day of each month, the sum of $94.00 for 12 months, the sum of $388.00 for 30 months, and then the sum of $700.00 for 18 months, for a total term of 60 months.

*       *       *       *

TRUSTEE RECOMMENDATION:
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/  *Brian A. Tucci*
Brian A. Tucci, Chapter 13 Trustee

cc:     All Creditors, Debtor, Counsel to Debtor, Trustee

**END OF ORDER**